AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

CASE NUMBER: 0 8 - 3 6 1 - M 0 1

funds in SunTrust Bank account
#1000075995661,
held in the name of Eagle Express PD Loan,
up to $25,000.00

TO: **Director, United States Secret Service,** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Ryan Petrasek** who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely:
(describe the property to be seized)

> funds in SunTrust Bank account #1000075995661,
> held in the name of Eagle Express PD Loan, up to $25,000.00

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**JUN 0 9 2008**

Date and Time Issued

at Washington, D.C.

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer

*/s/ John M Facciola*

Signature of Judicial Officer

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>6/9/08 | DATE AND TIME WARRANT EXECUTED<br>6/19/08  0930 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Inv. Bob Tapscott SunTrust |
| INVENTORY MADE IN THE PRESENCE OF   Bob Tapscott |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |||

SunTrust Bank official check # 6428010085 in the amount of $25,000.00 made payable to the U.S. Secret Service.

FILED
JUN 19
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    6/19/08
U.S. Judge or U.S. Magistrate Judge    Date